LINCOLN STERLING CORPORATION and ADAM SCHWEDA, Appellants, v. STATE THEATRE DUNKIRK, INC., Respondent, and Others, Defendants.— Judgment so far as appealed from affirmed, with costs. Memorandum: The finding of the trial justice that the president of the plaintiff corporation made the statement upon which the estoppel is based was not, in view of all the circumstances, including the stock ownership of the plaintiff corporation, against the weight of the evidence. The authorization to the president to carry out the sale contained in the resolution of the corporation's stockholders with its lack of limitation, was sufficient to justify his binding the corporation by a statement substantially to the effect that the mortgage of the plaintiff corporation would be subordinated to the respondent's lease. All concur. (The portion of the judgment appealed from adjudges plaintiff's mortgage subordinate to the lease of the State Theatre Dunkirk, Inc., and denies foreclosure as against said lease.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

CASIMER F. GOLOMBEK, Respondent, v. STELLA RYDZYNSKI, Defendant, and KATARZYNA JASKIEWICZ, Appellant.— Judgment affirmed, with costs. Memorandum: An issue of fact was presented by the evidence in this case. The testimony of the greater number of witnesses favored the contentions of the respondent and found corroboration in the conduct of the appellant and is conformable to what would be expected in such family relations as existed here. On the other hand, the testimony of appellant finds support in the order which was given to the plaintiff. Under these circumstances, while the evidence in favor of the respondent does not seem to us overwhelming, we are unable to say that the justice at the Special Term was not warranted in finding the greater weight of evidence in favor of respondent. All concur, except Taylor, J., who dissents and votes for reversal. (The judgment reverses a judgment of the Buffalo City Court in favor of defendant Jaskiewicz and directs judgment in favor of plaintiff against both defendants, in an action to recover for services rendered as undertaker.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.